**Opinion filed August 18, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00198-CR
_____

## ASHLEY NICOLE HATFIELD, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 23,896-A**

### M E M O R A N D U M   O P I N I O N

Ashley Nicole Hatfield has filed in this court a motion to dismiss her appeal. Pursuant to TEX.R.APP.P. 42.2, the motion is signed by both appellant and her counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

August 18, 2011

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Kalenak, J.